**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1674**

TONY CURTIS BARRINO,

            Plaintiff - Appellant,

      v.

TREASURY OF THE UNITED STATES; UNITED STATES GOVERNMENT,
Administration; TIMOTHY GEITHNER; BARACK OBAMA, President;
ROBERT GIBB; HILLARY RODHAM CLINTON,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:10-cv-00171-RJC)

Submitted:  October 19, 2010        Decided:  October 25, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tony Curtis Barrino, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony C. Barrino appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Barrino v. Treasury of the United States, No. 3:10-cv-00171-RJC (W.D.N.C. filed Apr. 19, 2010 & entered Apr. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED